IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TAMICIA SANDERS                                                     PLAINTIFF
*On behalf of* M.S., a Minor

vs.                                     Civil No. 4:16-cv-04076

NANCY A. BERRYHILL                                      DEFENDANT
Acting Commissioner, Social Security Administration

## **J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 5th day of June 2017.**

                                                               /s/  Barry A. Bryant
                                                               HON. BARRY A. BRYANT
                                                                U. S. MAGISTRATE JUDGE